**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | |
|---|---|
| **PETER BLASI JR.,** *et al.*, | |
| **Plaintiffs,** | **Case No. 2:14-CV-00083-GCS-TPK** |
| **v.** | **Judge George C. Smith** |
| **UNITED DEBT SERVICES, LLC,** *et al.*, | **Magistrate Judge Kemp** |
| **Defendants.** | |

## AGREED ORDER FOR UNIFIED PROTECTIVE ORDER

This matter coming to be heard on the parties' agreed motion for a unified protective order ("Motion"), due notice having been given, good cause appearing, and the Court being fully apprised in the premises, IT IS HEREBY ORDERED:

1.      The Motion is granted.  The Court's protective order of November 26, 2014 (Dkt. 45) is stricken, and the Court's protective order of September 16, 2015 (Dkt. 99) is extended and shall apply to all parties in this cause without limitation, including, but not limited to, all information previously designated "Confidential" pursuant to the Court's November 26, 2014 order (Dkt. 45).

2.      Paragraph 4 of the Court's order of September 16, 2015 (Dkt. 99)  is amended at the request of the parties to read as follows:

**Confidential Documents shall include all documents and copies of such documents which a Producing Party has designated as Confidential by marking each page "CONFIDENTIAL," or in the case of documents or information produced by any party to this action, whether voluntarily or pursuant to the Federal Rules of Civil Procedure, or in the case of documents or information produced by third parties, whether voluntarily or pursuant to process issued in this Action, by any party to this Action notifying the other Parties to this Action in writing, within twenty business days of their receipt of the third party production, of each page designated by such party to this Action as subject to Section 1 above as Confidential Information.  All productions will be treated as confidential to the extent designated as Confidential by Producing Party or until the expiration of the twenty-day period.  In lieu of marking the originals of such documents, any Producing Party or non-producing party to this action may mark copies of such documents that are produced or exchanged.**

Dated:      March 16, 2016                    /s/ Terence P. Kemp
                                                            United States Magistrate Judge

738483.1