# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT DAYTON

| | |
|---|---|
| PETER BLASI JR., *et al.*, | |
| Plaintiffs, | Case No. 2:14-CV-00083-GCS-TPK |
| v. | Judge George C. Smith |
| UNITED DEBT SERVICES, LLC, *et al.*, | Magistrate Judge Terrence P. Kemp |
| Defendants. | |

## [PROPOSED] ORDER

THIS MATTER coming to be heard on the Motion to File Exhibit Under Seal ("Motion") filed by Defendant Name Seeker, Inc. ("Name Seeker") in the above-captioned matter, due notice having been given and the Court being fully apprised in the premises, IT IS HEREBY ORDERED:

1. The Motion is hereby GRANTED.
2. Name Seeker is directed to file the exhibit at issue under seal using the ECF system as provided in S.D. Ohio Civ. R. 5.1, and shall do so as soon as practicable.

IT IS SO ORDERED this  2nd  day of    May    , 2016.

/s/ Terence P. Kemp
~~Magistrate Judge~~
~~XXXXXXXXXXXXX~~
United States Magistrate Judge

742760.1