```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


Peter Blasi, et al.,            :

        Plaintiffs,             :

    v.                          :         Case No. 2:14-cv-83

                                :         JUDGE GEORGE C. SMITH
United Debt Services, LLC,                Magistrate Judge Kemp
et al.,
        Defendants.             :
```

## ORDER

    Defendant Name Seeker, Inc. has moved for leave to file under seal the exhibits referenced in footnote 9 of its response to defendant AMG Lead Source's motion to dismiss.  The motion fails to state any basis for sealing these documents beyond a conclusory assertion of confidentiality.  Consequently, the motion (Doc. 163) is denied.

```
                                /s/ Terence P. Kemp
                                United States Magistrate Judge
```