IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Peter Blasi, et al., :

    Plaintiffs, :

  v. : Case No. 2:14-cv-83

: JUDGE GEORGE C. SMITH
United Debt Services, LLC, Magistrate Judge Kemp
et al.,
    Defendants. :

## ORDER

The parties contacted the Court on June 28, 2017, to discuss moving forward with depositions. Defendants Equifax and Name Seeker requested that the matter be briefed. The Court accepted that request. Any motion to stay discovery and to address spoliation issues caused by AMG shall be filed by July 7, 2017. Responsive and reply memoranda are due by July 21, 2017 and July 28, 2017, respectively.

                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge