**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PETER BLASI**, *et al.*,

    **Plaintiffs,**

    v.                                                                                     Case No. 2:14-cv-83
                                                                                 Judge George C. Smith

**UNITED DEBT SERVICES, LLC**, *et al.*,     Magistrate Judge Chelsey M. Vascura

    **Defendants.**

## ORDER

This matter came before the Court for a telephonic status conference on June 1, 2018, to discuss the status of the settlement agreement between Plaintiffs Peter Blasi, Jordan Brodsky, and Michael J. Cassone ("Plaintiffs") and United Debt Services, LLC ("UDS"). Counsel for UDS represented that it will send revisions of the settlement agreement and proposed motion for preliminary approval to Plaintiffs' counsel **ON OR BEFORE JUNE 8, 2018**. Plaintiffs' counsel agreed to review and send proposed revisions to UDS **ON OR BEFORE JUNE 13, 2018**.

The parties are **DIRECTED** to either file a status report or submit their motion for preliminary approval **ON OR BEFORE JULY 15, 2018**.

    **IT IS SO ORDERED.**

                                                                 */s/ Chelsey M. Vascura*
                                                                 CHELSEY M. VASCURA
                                                                 UNITED STATES MAGISTRATE JUDGE