UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    **Plaintiffs,**

                                        Civil Action 2:14-cv-83
                                        Judge George C. Smith
    v.                                  Magistrate Judge Chelsey M. Vascura

**UNITED DEBT SERVICES, LLC,** *et al.*,

    **Defendants.**

## ORDER

Pursuant to this Court's August 1, 2018 Order (ECF No. 279), the parties have jointly notified the Court that they have fully executed a settlement agreement and are still in the process of finalizing their motion for preliminary approval of class settlement, which they expect to file within the next two weeks.  Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE NOVEMBER 5, 2018**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim.

    **IT IS SO ORDERED**.

                                                      */s/ Chelsey M. Vascura*
                                                   CHELSEY M. VASCURA
                                                   UNITED STATES MAGISTRATE JUDGE