# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    **Plaintiffs,**

                                            Civil Action 2:14-cv-83
                                            Judge George C. Smith
    v.                                        Magistrate Judge Chelsey M. Vascura

**UNITED DEBT SERVICES, LLC,** *et al.*,

    **Defendants.**

## ORDER

    Pursuant to this Court's October 16, 2018 Order (ECF No. 281), the parties have jointly notified the Court that they have fully executed a settlement agreement and are still in the process of finalizing their motion for preliminary approval of class settlement, which they expect to file within the next two weeks. Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE DECEMBER 7, 2018**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim.

    **IT IS SO ORDERED**.

                                                        /s/ *Chelsey M. Vascura*
                                                     CHELSEY M. VASCURA
                                                     UNITED STATES MAGISTRATE JUDGE