# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    **Plaintiffs,**

                      **Civil Action 2:14-cv-83**
                      **Judge George C. Smith**
    v.                      **Magistrate Judge Chelsey M. Vascura**

**UNITED DEBT SERVICES, LLC,** *et al.*,

    **Defendants.**

## ORDER

On November 7, 2018, the Court ordered the parties to file a written report on or before December 7, 2018, detailing the status of this case, unless a motion for preliminary approval of class settlement was filed in the interim. To date, the parties have not filed a status report or a motion for preliminary approval. Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT WITHIN FOURTEEN (14) DAYS OF THE DATE OF THIS ORDER**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim. The parties are cautioned that failure to comply with this Order may result in dismissal of this action for failure to prosecute.

    **IT IS SO ORDERED**.

                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE