# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    **Plaintiffs,**

                                      Civil Action 2:14-cv-83
                                      Judge George C. Smith
    v.                                    Magistrate Judge Chelsey M. Vascura

**UNITED DEBT SERVICES, LLC,** *et al.*,

    **Defendants.**

## ORDER

Pursuant to this Court's Orders (ECF Nos. 283 and 284), the parties have jointly notified the Court that they have fully executed a settlement agreement and are still in the process of finalizing their motion for preliminary approval of class settlement, which they expect to file no later than January 2019. Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE FEBRUARY 1, 2019**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim.

    **IT IS SO ORDERED**.

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                   UNITED STATES MAGISTRATE JUDGE