# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    Plaintiffs,

                                          Civil Action 2:14-cv-83
                                          Judge George C. Smith
    v.                                  Magistrate Judge Chelsey M. Vascura

**UNITED DEBT SERVICES, LLC,** *et al.*,

    Defendants.

## ORDER

Pursuant to this Court's Order (ECF No. 286), the parties have jointly notified the Court that they expect to file their motion for preliminary approval of class settlement no later than March 8, 2019. Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE MARCH 15, 2019**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim.

**IT IS SO ORDERED**.

                                                         /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE