# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**PETER BLASI, JR.,** *et al.*,

    **Plaintiffs,**

                                      Civil Action 2:14-cv-83
                                      Judge George C. Smith
    v.                                  Magistrate Judge Chelsey M. Vascura

**UNITED DEBT SERVICES, LLC,** *et al.*,

    **Defendants.**

## ORDER

Pursuant to this Court's Order (ECF No. 291), the parties have jointly notified the Court that they are attempting to finalize the notice of class settlement and that all other matters have been finalized to file the Motion for Preliminary Approval. Accordingly, the parties are **DIRECTED** to file a **WRITTEN REPORT ON OR BEFORE APRIL 30, 2019**, detailing the status of this case, unless a motion for preliminary approval has been filed in the interim.

**IT IS SO ORDERED**.

                                                       /s/ *Chelsey M. Vascura*
                                                     CHELSEY M. VASCURA
                                                     UNITED STATES MAGISTRATE JUDGE